UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**JENNA R.,**

           Plaintiff,

   vs.

Commissioner of Social Security Administration,

           Defendant.

Civil No. 6:24-CV-01221-AR

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

The Commissioner takes no position on the request to award a netted 406(b) award. Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $20,462.50, out of which he will refund to Plaintiff Equal Access to Justice ("EAJA")

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

fees received by counsel in the amount of $16,000.00, for an anticipated net §406(b) cost to Plaintiff herein of $4,462.50. The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).

    IT IS SO ORDERED this day of December 10, 2025

_____
Honorable Jeff Armistead
United States Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Attorneys for Plaintiff